Edward J. Morales, Esq., SBN 176062
BORTON PETRINI, LLP
626 Wilshire Boulevard, Suite 975
Los Angeles, California 90017
Tel: (213) 624-2869
Fax: (213) 489-3930
emorales@bortonpetrini.com

Attorneys for Defendants Lawrence Meadows, Woodside
Properties, LlC, High Meadows Development LlC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| THE LAYFIELD LAW FIRM APC,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE MEADOWS, WOODSIDE PROPERTIES, LLC, HIGH MEADOWS DEVELOPMENT LLC,<br><br>Defendants. | Case No. 2:13-cv-07049-JAK-PJW<br>*Judge John A. Kronstadt*<br>*Judge Patrick J. Walsh, Magistrate*<br>*Complaint Filed: 09/23/2013*<br><br>**JOINT STATUS REPORT** |

**TO THIS HONORABLE COURT:**

Pursuant to this the order of the Court's Minute Order, the PARTIES respectfully submits this Status Report describing the status of *Meadows v. The Layfield Law Firm et al.* (Case No. 2:13-cv-00629-CW (MPWx)) (the "Utah Action"). There has been no change since the last report. **Current Schedule Under the Court's Scheduling Order in the Utah Action (Utah Action Docket # 14):**

- Fact Discovery concluded on April 1, 2014;

c:\users\donald
\desktop\def
joint status
report
07212015.doc

1

2:13-07049                                                    JOINT STATUS REPORT

- Expert Discovery concluded on September 27, 2014.

- The Court held a hearing on the pending motions on August 27, 2014 at 3:00 p.m.

- At that hearing, the Court denied Meadows Motion to Withdraw Previously Filed Joint Motion to Dismiss with Prejudice. The Court granted the Joint Motion and Stipulation for Dismissal with Prejudice. Accordingly, Meadows' third cause of action, fourth cause of action, fifth cause of action and sixth cause of action were dismissed with prejudice. Remaining claims regarding a Motion for Leave to Dismiss Claims was dismissed as moot.

- The deadline for filing dispositive motions and *Daubert* motions was August 29, 2014; and

- There has been no trial date set.

If this schedule is not extended, the parties can generally expect that trial will be set sometime in the summer or fall of 2015.

**A.    Presently pending before the Court in the Utah Action are the following:**

1.   On or about August 5, 2014:  Layfield filed a Motion for Partial Summary Judgment for the remaining claims.

2.   On or about September 9, 2014:  Meadows filed his opposition to the Motion for Partial Summary Judgment.

3.   On or about September 30, 2014:  Layfield filed a Reply in support of his Motion for Partial Summary Judgment.

2

4.   On or about August 7, 2014:  Meadows filed a Motion and Memorandum for Protective Order and Sanctions.

5.   On or about August 25, 2014:  Layfield filed a Memorandum in Opposition to Meadows' Motion for Protective Order and for Sanctions.

6.   On or about September 12, 2014:  Meadows filed his Reply in Support of his Motion for Protective Order and Sanctions.

7.   On or about October 8, 2014:  Layfield filed a Request to Submit the Motion for Partial Summary Judgment for Decision.

**B.     Status of the Utah Action.**

The parties are awaiting decisions from the Court in the Utah Action on LLF's Motion for Partial Summary Judgment and on Meadows' Motion for Protective Order and for Sanctions.   There are no other motions pending.   Meadows believes additional production pursuant to Request for Production No. 4 is not yet complete.   LLF believes that additional production and/or privilege log is not yet complete with respect to their Request for Production No. 3 and the Court's Order which granted LLF's short form Discovery Motion on February 6, 2014 (Utah Action Docket # 24).

**D.     Status of Settlement Discussions.**

At the March 31, 2014 Hearing, the Court requested that the parties provide a status update of settlement discussions between the parties in a Joint Report.   Pursuant to that instruction, the status of settlement discussions between the parties is as follows:

c:\users\donald
\desktop\def
joint status
report
07212015.doc

2:13-07049

3

JOINT STATUS REPORT

1  Each party has made a written offer of settlement which has been rejected by the other.

2

3

4  Dated:  July 21, 2015                    BORTON PETRINI, LLP

5

6                                           By: _____
                                                EDWARD J. MORALES, Esq.
7                                               Attorneys for Defendants LAWRENCE
                                                MEADOWS, WOODSIDE PROPERTIES,
8                                               LLC, HIGH MEADOWS
                                                DEVELOPMENT LLC

9

10                                          LAYFIELD AND WALLACE APC

11

12                                          By: _____
                                                Bradley S Wallace, Esq.
13                                              Attorneys for Plaintiff
                                                THE LAYFIELD LAW FIRM APC,

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

c:\users\donald
\desktop\def
joint status
report
07212015.doc

2:13-07049                                     4                    JOINT STATUS REPORT